# United States Court of Appeals
## For the First Circuit

No. 19-2005

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff, Appellant,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on November 12, 2020, is amended as follows:

On page 1, line 35, replace "Elliot" with "Elliott"

On page 4, line 28, replace "Keffe" with "Keefe"

On page 14, line 8 of footnote 11, replace "Schools" with "School"

On page 100, line 6 of footnote 43, insert "the" between "called" and "marginal"

On page 101, line 9, replace "SFFA'" with "SFFA's"